IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RIGOBERTO GOMEZ,<br><br>　　　　　Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:08CR433DAK<br><br>Judge Dale A. Kimball |

　　　　Defendant Rigoberto Gomez has filed a Motion for Early Termination of Supervised Release [Docket No. 41]. On March 2, 2009, this court sentenced Defendant to 70 months incarceration with the Bureau of Prisons and 60 months of supervised release. Defendant has completed approximately half of his term of supervised release.

　　　　Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed

to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services.  *See* 18 U.S.C. § 3553(a).

Defendant's motion for early termination of supervised release is supported by his probation officer.  Defendant has met all the conditions of his supervised release and been fully compliant.  Defendant has maintained full time employment during his supervised release and has begun a new career.  Based on Defendant's conduct, the court finds that an early termination of supervised release is warranted.

Accordingly, the court grants Defendant's motion for early termination of supervised release [Docket No. 41].

DATED this 14th day of January, 2016.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge